**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01418-CV

### ISAIAS GONZALEZ, Appellant

### V.

### NORTHFORK INVESTMENTS, LTD., ET AL., Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-05764-D**

## ORDER

We **GRANT** appellees' June 16, 2015 unopposed second motion for an extension of time to file a brief. Appellees shall file a brief by **JULY 13, 2015**. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.


/s/    ELIZABETH LANG-MIERS
        JUSTICE